Cynthia Brown
P.O. Box 4806
Orange, CA. 92863
(714) 618-2034
cindyforthepeople@yahoo.com



FILED
JAN 11, 2021
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY MKU
Deputy Clerk, U.S. District Court

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cynthia Brown, | Case No. 8:20-CV-01922-JSL-DFMx |
| Plaintiff, | |
| vs. | **SUPPLEMENTAL DECLARATION RE COMPLIANCE WITH COURTS POLICIES, RULES, AND PROCEDURES** |
| Bank of New York Mellon, Formerly Known As The Bank of New York, The Ryan Firm, Timothy R. Ryan, Andrew Mase, Tadeusz McMahon, Orange County Sheriffs Department, Investigator Perry, Deputy Camarena, Sgt. Villa, Zieve, Brodnaz & Steele, LLP, Leslie M. Klott, Erin M. McCartney, Mortgage Electronic Registration Systems, Inc., Vanessa Atkins, Structured Asset Mortgage Investments II Inc., Bear Stearns Alt-A Trust 2006-2 Mortgage Pass-Through Certificates Series 2006-2, Steven C. Porter, NDexwest LLC, Doe 1-1000 investors, and Does 1-20 sheriffs. Defendants | |

1. I am the plaintiff in the above captioned matter. I have personal knowledge of the facts contained in this declaration. I declare under penalty of perjury the following is true and correct.

2. I have a team helping me including two attorneys and an expert, one attorney is licensed in

California. We are all members of a Private Membership Association.

3. I have emailed all documents I am filing to all counsel and Vanessa D. Atkins Deputy County Counsel, Email: vanessa.atkins@coco.ocgov.com. Prior to that, starting on January 4, 2021 there were communications concerning this matter with all involved counsel (below).

4. All communications between myself and my team are confidential and privileged.

5. Private Membership Associations are not required to identify the members of their association or provide any other information about their confidential communications. *NAACP v. Alabama ex. Rel Patterson*, 357 U.S. 499 (1958).

6. Opposing counsel has threatened and tried to intimidate myself and everyone who has tried to help me. Virtually every well known attorney who have tried to help homeowners in my situation have been prosecuted by state bars including Neil Garfield, Mark Stoppa, and Gary Dubin. Thousands of lawyers have been disciplined and even put in jail.

7. The courts are closed but I have submitted a request to file things electronically. In the meantime, I have asked attorney Joan Todd Jackson, who has appeared before to make electronic filings. Her role is strictly limited to that at this time.

8. I am aware the following communications by email communications which I was a party to:

**A. January 4, 2021**

Dear Ms. Atkins:

I am trying to help Cindy Brown.

We demand you immediately arrange for her to go back into her home without interference by the sheriff. Every hour that goes by she is suffering greatly.

We are filing an ex parte application probably today and if not tomorrow for an order that the Sheriff be restrained and enjoined from preventing Cindy from retaking possession of her home. A draft is attached and I will copy the text into this email below. It is not finished, but will give

you a pretty good idea of what is going on. We are having trouble arranging electronic filing, and the court is closed, but we should have that resolved soon. We will file as soon as that is arranged.

We are also preparing an Amended Complaint. Both the sheriff and you will be named defendants. We need the names of each and every sheriff involved in any way with the eviction so they can be named individually. If you do not provide that information promptly, we will seek a court order to compel such.

I do not believe you have any basis for opposing an order. Should you file opposition that is the slightest bit improper we will demand withdrawal and seek sanctions. Under the local rules, there is an obligation to meet and confer concerning a proposed motion to work things out and avoid involving the court if possible. I am available to do so by email or phone at any time.

You admitted in an email that you were aware there was a temporary restraining order preventing an eviction. You also stated in an email that you were aware once a matter is removed to federal court any process had to be served by the Marshall. Yet you went ahead and allowed your client, the Sheriff, to perform an illegal eviction in direct violation of the court order.

You said: "As seen in the attached state court order, there is presently a TRO in place that prohibits a foreclosure sale from moving forward. The TRO has no expiration date. Moreover, I have been informed this case was removed to federal court and all state court proceedings have been stayed. The lockout you request therefore cannot be done."
Then you assisted with the eviction without making any attempt to communicate with Ms. Brown's lawyer who was on record (Joan T. Jackson), or with Ms. Brown. You assisted Mr. Mase in attacking and intimidating Ms. Jackson who even thought she may have done something wrong, which she had not.

There were 19 filings in the federal court case clearly showing the state court order was valid and in effect and showing the wrongful conduct of the bank and it's attorneys. It was clear Mr. Mase had violated both federal statutes and the court's Standing Order by hiding the restraining order and failing to set a hearing for a preliminary injunction and argue against it if that was what he wanted to do. As you can see in the draft motion attached, under the law, the temporary restraining order was, and still is, valid order and is in effect. Your refusal to allow Ms. Brown into her house is a continuing violation of the court order.

It seems the court is aware of the criminal conduct of Mr. Mase and as you may know she ordered him to provide information about the 14 similar cases he had removed to federal court. This implies that she may think he did this in other similar cases and we are sure he did. It is obvious he uses this technique to get around restraining orders and illegally evict people and it appears the court suspects that.

Mr. Mase knows if the truth comes out in court he will lose so does everything he can to avoid having things resolved in court.

At a minimum you should have talked to Ms. Jackon and if you had any questions you should have sought guidance from the court. As an attorney, and especially being County Counsel, you knew you should not take drastic action absent getting input from the court. You could easily

have intervened in the case to do that. We are confident, had you sought input from the federal judge, she would not have allowed an eviction in light of the state court order. Instead of doing this, and telling the judge the truth, you decided to join Mr. Mase in concealing the facts from the court and proceed on your own. This is clearly a criminal conspiracy. It is highly unethical and a complaint will be filed with the state bar.

But it is much worse. Ms. Brown was in constant communication with the Sheriffs. Her attorney was in communication with the Sheriff. Ms.Brown made it clear that if an eviction had to happen she would cooperate. She is an upstanding peace loving citizen and former Olympic Athlete.

Instead of working with Ms. Brown to do things in an orderly and peaceful manner, the Sheriffs arrived as a large team in riot gear with loaded weapons and all the other equipment used when there is a possible violent confrontation with a large number of people. They broke down the door, some windows, and a garage door. They were belligerent and nasty to Ms. Brown. They adamantly refused to let her gather any personal belongings. They said they were going to seize her dog which is like a family member to her. They physically bumped into her intentionally trying to provoke her so they could arrest her or worse. She has pictures and video and it is striking and outrageous. It is widely reported that law enforcement does these kinds of things as an excuse to kill black people. Ms. Brown was of course aware of this and feared for her life. The circumstantial evidence is clear that you and the sheriff are racist. This would not have been done to a white person. Ms. Brown suffered a severe emotional trauma and continues to do so as she is living in her car.

I am not the slightest bit surprised the court did not give Ms. Brown relief on an ex parte basis. The court disfavors doing things that way for good reasons and this case is way too complicated to be making rulings without a more in depth understanding.

We will be filing a regular noticed motion to have you and the sheriffs held in contempt. We will also be seeking sanctions based on the two well established legal theories for such. We will be asking the court to order that you and the sheriffs pay any fine out of your own personal funds and that it not be paid by the County.

We will be filing a civil rights complaint with HHS. We believe that each and every deputy involved should be disciplined and a federal investigation should occur regarding the racist actions of the sheriff and your office.

Again, we demand you immediately confirm in writing that Ms. Brown may re-enter her home without interference. We also demand that if you believe you have any legal basis for preventing her from going back home, or for opposing the court order we will be seeking, that you state such in writing so that we can have a meaningful exchange about it. As I said, it seems very clear you have no basis for refusing to allow Ms. Brown back into her home or opposing the issuance of a court order for such.

Thank you for your attention.

Michael

**B. January 4, 2021**

Good afternoon,

In handling civil court operations, the Orange County Sheriff's Department solely has ministerial duties. If we receive a court order, we will abide by and execute it. We therefore will take no position in regards to the ex parte you intend to file.

Vanessa D. Atkins
Deputy County Counsel
Email: vanessa.atkins@coco.ocgov.com

**C.    January 4, 2021**

Ms. Atkins:

This makes absolutely no sense and is completely false. But we will submit it to the court.

You are in violation of at least the spirit of the local rules (see blow). I realize the rule makes an exception for ex parte motions, but in the spirit of the rule I wanted to be able to tell the court I tried.

This nonsense about having only ministerial duties with the court means you should never have done an eviction.

Apparently you are trying to say the sheriff doesn't do evictions to distance yourself from their criminal conduct.

It is an obvious attempt to distract.

You already have a court order which you violated and are continuing to violate.

I am confirming you are refusing to allow Ms. Brown to go back into her house and continuing to conceal evidence from the court. You are knowingly, intentionally, and maliciously, causing her severe harm.

You are just making things worse, for yourself and the County, but that was expected.

Maybe Mr. Page will make an effort to do the right thing.

Michael

**D.    January 4, 2021**

Dear Counsel:

I want to make a few things absolutely clear.

1. You are refusing to allow Cynthia to return home. You are violating a court order (the TRO).

Among other things we will be asking for fines to be imposed based on how long you have been doing this, on a daily basis and how long it continues. We will be asking for at least $5000 per day.

2. You are violating the following policy of the judge in the federal court regarding ex parte matters:

The parties are strongly encouraged to attempt to resolve the issue(s) presented before seeking relief. Prior to filing, the movant shall determine the position of the opposing party and advise the Court of that position in the ex parte application or in an accompanying declaration. Where appropriate, the movant shall serve the opposing party by electronic filing (see Local Rule 5-3.2.1); otherwise, the moving shall serve by email, fax, or personal service. The moving party shall also notify the opposing party that any opposition must be filed no later than 24 hours after service.

If parties or counsel do not intend to oppose an ex parte application, counsel must inform the CRD by email or telephone as soon as possible.

The bank's attorneys have filed a very interesting document today. As I suspected, they routinely remove cases to federal court to avoid restraining orders. What they have filed is misleading at best. It is clear additional evidence of their criminal conduct. You are clearly co-conspirators and committing crimes also.

Thank you for your attention.

Michael

**E.     January 5, 2021**

Tim Ryan
Tue, Jan 5, 10:57 AM (1 day ago)
to me, Vanessa, leon.page@coco.ocgov.com, joantjackson@gmail.com, Andrew

Mr. Roberts,

We disagree with the entirety of your communication.

Are you licensed to practice law in the state of California?

Best regards,
Timothy M. Ryan
The Ryan Firm, A.P.C.

Dated: January 7, 2021                               Respectfully Submitted,

                                                      S/ Cynthia Brown



