# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 20-01922-JLS (DFMx) | Date | January 12, 2021 |
|---|---|---|---|
| Title | Cynthia Brown v. The Bank Of New York Mellon | | |

**PRESENT:** **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                   None Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER VACATING SCHEDULING CONFERENCE AND ORDERING PLAINTIFF TO SHOW CAUSE RE SANCTIONS AND/OR DISMISSAL FOR LACK OF PROSECUTION**

On January 4, 2021, Defendant Bank of New York Mellon filed a Unilateral Rule 26(f) Report, representing that Plaintiff failed to respond to attempts to meet and confer and did not contribute to the drafting of the Report. (*See* Doc. 50.)

Pro se litigants are responsible for complying with the Federal Rules of Civil Procedure, the Local Rules, and the orders of this Court. Accordingly, the Court, on its own motion, hereby ORDERS Plaintiff, to show cause in writing no later than **January 29, 2021**, why she should not be sanctioned or this action should not be dismissed for lack of prosecution for failure to meet and confer and file a **joint** report (FRCivP 26) as required by this Court's Order Setting Scheduling Conference (Doc. 17). Plaintiff shall file a written response to this OSC explaining the failure to comply with this Court's Order Setting Scheduling Conference, which response shall be accompanied by the filing of the parties' Joint Report, including Exhibit A to the Report.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the required documents on or before the date upon which a response by plaintiffs is due. Failure to timely and adequately respond will result in the dismissal of this action without further notice.

_____ : \_\_\_\_\_

Initials of Deputy Clerk   mku