UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-01922-JLS-DFM                                             Date: January 13, 2021
Title:  Cynthia Brown v. The Bank Of New York Mellon

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Melissa Kunig   |         N/A        |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION (Doc. 53)**

　　　Before the Court is *pro se* Plaintiff Cynthia Brown's *Ex Parte* Application for a Temporary Restraining Order (App., Doc. 53).  Although styled as an *ex parte* application for a temporary restraining order—Plaintiff's third—the Application amounts to a second motion for reconsideration, the first of which was already denied by the Court.  (*See* Order Denying Ex Parte Mot. for Recons., Doc. 40).  The Court outlined the standard for a motion for reconsideration in its prior Order (*id.*), and will not reiterate it here.  The instant Application contains no additional basis on which to reconsider the Court's ruling on Plaintiff's initial *ex parte* application for a temporary restraining order.  For the same reasons expressed in the Court's prior Order denying reconsideration (Doc. 40), Plaintiff's Application is therefore DENIED.
　　　While the Court sees no basis for any further *ex parte* applications by Plaintiff, to the extent one is filed, Defendant need not incur the cost of responding unless and until directed to do so by the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: mku