UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-01922-JLS-DFM                                      Date: February 22, 2021
Title:  Cynthia Brown v. The Bank Of New York Mellon

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Melissa Kunig   | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                          Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER RE REMAND**

　　　Pending before the Court is Plaintiff's Motion to Remand, currently scheduled for hearing on March 19, 2021 at 10:30 a.m.  In Plaintiff's response to the Court's Order to Show Cause re: Sanctions for failure to file a joint Rule 26(f) Report (OSC, Doc. 55), Plaintiff states that she "plans to file an order shortening time to Remand to State Court." (Pl. Rule 26(f) Report, Doc. 60-1 at 6.)  In Defendant's declaration replying to Plaintiff's Response, Defendant indicated a willingness to stipulate to remand to state court. (McMahon Decl. ¶ 4, Doc. 61; Ex. 1 to McMahon Decl.)

　　　Unless Defendant notifies the Court of an intent to oppose Plaintiff's Motion to Remand in writing by **February 24, 2021 at 5 p.m.**, the Court will treat Plaintiff's Motion as unopposed and remand this action to state court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: mku