UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

Case No. 8:20-cv-01922-JLS-DFM                                     Date: February 25, 2021
Title: Cynthia Brown v. The Bank Of New York Mellon

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                                  Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER GRANTING MOTION TO REMAND (Doc. 11)**

    Before the Court is Plaintiff's Motion to Remand. (Mot., Doc. 11.) The Court finds this matter appropriate for decision without oral argument, and the hearing set for March 19, 2021, at 10:30 a.m. is VACATED. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.

    Based on Defendant's statement in a filing with the Court that Defendant is willing to stipulate to remand, the Court issued an Order requiring Defendant to notify the Court if it intended to oppose Plaintiff's motion by February 24, 2021 at 5 p.m. (Order re: Remand, Doc. 63.) Defendant did not file the required notification with the Court by the deadline. Accordingly, the Court treats Plaintiff's motion as unopposed and GRANTS Plaintiff's Motion to Remand. This action is hereby REMANDED to the Superior Court of California, County of Orange, originally commenced as *Brown v. The Bank of New York Mellon*, Case No. 30-2020-01159870. The clerk is ordered to administratively close this case.

Initials of Deputy Clerk:  mku